**Order entered March 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01110-CV**

**IN THE INTEREST OF S.R. & N.R., CHILDREN**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 87100**

**ORDER**

Before the Court is appellee's March 9, 2022 second motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **March 16, 2022**. We caution appellee that further extension requests in this accelerated appeal involving the termination of parental rights will be disfavored.

/s/   ROBBIE PARTIDA-KIPNESS
JUSTICE